FILED

01/03/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0412

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 240412

IN RE THE MARRIAGE OF:

PAMELA URELL,
    Petitioner/Appellant,

and

THOMAS URELL,
    Respondent, Appellee.

On appeal from the Fifth Judicial District Court, in and for the County of Madison, as Cause no. DR-29-2022-0000006-DU, Hon, J. Berger

## ORDER GRANTING APPELLEE'S MOTION FOR EXTENSION TO FILE APELLEE'S RESPONSIVE BRIEF

Upon consideration of Appellant's Motion for Extension to File Appellee's Responsive Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellee's Motion for Extension to File Appellee's Responsive Brief is GRANTED. M. R. App. P. 26.

Appellee shall have up until and Including February 3, 2025 to file and serve his opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 3 2025